**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00857-CV

### KENNETH BUHOLTZ, Appellant

### V.

### LEAP PROPERTY MANAGEMENT, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05525-B**

## ORDER

Before the Court is appellees Emergent Realty Partners and Bradley Willis's January 16, 2020 second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 10, 2020. We caution Emergent and Willis that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE